**Remon M. LEE, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**WD 79199**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 30, 2016

Remon M. Lee, Cameron, MO, Appellant, pro se.

Chris Koster, Attorney General, Stephen D. Hawke, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges.

**Order**

Per Curiam:

Remon Lee appeals from the grant of a Motion for Judgment on the Pleadings in favor of the Missouri Board of Probation and Parole in Lee's declaratory judgment action challenging the Board's calculation of his parole eligibility on a thirty-year sentence for armed criminal action, entered under § 571.015, RSMo 2000. Lee argues that, under § 571.015, the minimum time he must serve on the armed criminal action sentence before becoming parole eligible is three years; thus, he argues, the Board's determination that he must serve a minimum of nine years and eleven months is incorrect. We find no error and affirm. Rule 84.16(b).